# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------X
In re: ) Chapter 7
)
BRENNAN'S, INC., ) Case No. 13-12985
)
Debtor. )
)
---------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* FOR TREY A. MONSOUR

Now comes, Trey A. Monsour, attorney for Sysco New Orleans, a division of Sysco USA II, LLC also referred to as Sysco New Orleans LLC ("*Sysco*"), and files this Motion for Admission *Pro Hac Vice* in the above-referenced bankruptcy proceedings. Counsel makes this request pursuant to Local Bankruptcy Rule 2014-1(A)(3) [Visiting Attorneys]. Pursuant to the Local Rule, counsel represents that he is currently a member in good standing of the United States District Court for the Northern District of Texas. Attached hereto as Exhibit A is copy of a Certificate of Good Standing from the United States District Court for the Northern District of Texas. Additionally, counsel states and warrants under oath that he is not, nor has ever been, the subject of any disciplinary proceedings or criminal charges.

Accordingly, counsel hereby makes this request to the Court to be allowed to appear on behalf of Sysco in this bankruptcy proceedings and any adversary proceeding or contested matter in which Sysco is named.

Dated  Houston, Texas  
       November 14, 2013

Respectfully submitted,

*/s/ Trey A Monsour*  
Trey A. Monsour – TBN 14277200  
K&L GATES LLP

1000 Main Street, Suite 2550
Houston, TX 77002
Telephone: (713) 815-7320
Facsimile: (713) 815-7301
Email: trey.monsour@klgates.com

**COUNSEL FOR SYSCO NEW ORLEANS, A DIVISION OF SYSCO USA II, LLC, also referred to as SYSCO NEW ORLEANS LLC**

# EXHIBIT A

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### TREY ANDREW MONSOUR

Bar Number:                                          Date of Admission:

14277200                                             08/10/1995

Witness my official signature and the seal of this court.

Dated: July 1, 2013                          Karen Mitchell,
                                             Clerk of Court

                                             By: Elodia Brito
                                                 Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------X
In re:                                                  )   Chapter 7
                                                        )
BRENNAN'S, INC.,                                        )   Case No. 13-12985
                                                        )
            Debtor.                                     )
                                                        )
-------------------------------------------------------X
```

## ORDER OF COURT
## GRANTING ADMISSION OF TREY A. MONSOUR *PRO HAC VICE*

Considering the Motion for Admission *Pro Hac Vice* for Trey A. Monsour;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and attorney Trey A. Monsour of the firm of K&L Gates LLP is authorized to appear in this Court on behalf of Sysco New Orleans, a division of Sysco USA II, LLC also referred to as Sysco New Orleans LLC ("***Sysco***") in this bankruptcy proceedings and in any adversary proceeding or contested matter in which Sysco is named.

Dated: _____

                                                        **THE HONORABLE JERRY A. BROWN**
                                                        **UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2013, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* for Trey A. Monsour, was served by regular mail upon the parties listed below:

| | |
|---|---|
| Sysco New Orleans, a division of Sysco USA II, LLC<br>c/o John A. Berry, Esquire<br>1451 River Oaks West<br>Harahan, LA 70123 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |
| Brennan's Inc.<br>c/o Michael Arata<br>935 Gravier Street<br>Suite 1850<br>New Orleans, LA 70112 | Brennan's, Inc.<br>417 Royal Street<br>New Orleans, LA 70130 |
| G.H. Leidenheimer Baking Co., LTD.<br>c/o Covert J. Geary, Esquire<br>Jones Walker LLP<br>201 St. Charles Avenue<br>49th Floor<br>New Orleans, LA 70170 | Dorignac's Food Center, L.L.C.<br>c/o Christopher T. Caplinger, Esquire<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130 |
| Brennan's Claims LLC<br>c/o Jan M. Hayden, Esquire<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 | Harkins, The Florist of Louisian, Inc.<br>c/o Christopher T. Caplinger, Esquire<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130 |

/s/ *Trey A. Monsour*
Trey A. Monsour